IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEGAN M. MASSIE, <br><br> Defendant. | Case No. 21-00134-01-CR-W-SRB |

**GOVERNMENT'S MOTION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The Government respectfully requests this Court to order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above-entitled case. The Government requests that the Writ command the Warden/Superintendent of the **Topeka Correctional Facility** to deliver to the custody of the United States Marshal, the defendant, **MEGAN M. MASSIE**, so that he may appear in the above-entitled case in accordance with the laws of the United States, and after having so appeared, to be returned to the aforementioned custody as directed by this Court. In support of this request, the United States avers the following:

**I. SUGGESTIONS IN SUPPORT**

1. Defendant is presently incarcerated at the Topeka Correctional Facility

2. Defendant was charged by INDICTMENT with Count 1-Conspiracy to Distribute Meth and Count 2 thru 15-Distribution of Meth.

3. Defendant does not have a scheduled court appearance.

## II. CONCLUSION

WHEREFORE, the Government respectfully requests this Court order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above entitled case.

    Respectfully submitted,

    Teresa A. Moore
    Acting United States Attorney

By    */s/ Maureen A. Brackett*
    *Maureen A. Brackett*
    Assistant United States Attorney

    Charles Evans Whittaker Courthouse
    400 East 9th Street, Room 5510
    Kansas City, Missouri   64106
    Telephone: (816) 426-3122